# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARRETT A. WALKER

NO. 2022 KW 0003

**FEBRUARY 25, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, Nos. 202200, 202201.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The district court's ruling granting the defendant's motion to suppress is reversed, and the matter is remanded for further proceedings. If a vehicle is readily mobile and probable cause exists to believe it contains contraband, the Fourth Amendment permits the police to search the vehicle. **Pennsylvania v. Labron,** 518 U.S. 938, 940, 116 S.Ct. 2485, 2487, 135 L.Ed.2d 1031 (1996) (per curiam). In the instant case, the evidence adduced at the suppression hearing revealed that while being detained for a traffic violation, the defendant reached into the center console of his vehicle, retrieved a marijuana cigar, and handed the cigar to the officer, which gave the officer probable cause to search the vehicle for additional contraband. Accordingly, the state met its burden of proving the warrantless search was justified under an exception to the warrant requirement. See **United States v. Ross,** 456 U.S. 798, 825, 102 S.Ct. 2157, 2173, 72 L.Ed.2d 572 (1982); Cf. **State v. Landor,** 2020-0336 (La. App. 1st Cir. 2/19/21), 318 So.3d 225.

**VGW**
**AHP**

**Hester, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT